**STATE of Missouri, Respondent,**

v.

**David S. ROPER, Appellant.**

**No. WD 70302.**

Missouri Court of Appeals,
Western District.

Nov. 3, 2009.

Kent Denzel, for Appellant.

Daniel N. McPherson, for Respondent.

Before Division Two: JOSEPH M. ELLIS, Presiding Judge, VICTOR C. HOWARD, Judge and JAMES E. WELSH, Judge.

### *ORDER*

PER CURIAM:

David S. Roper appeals the trial court's judgment sentencing him to serve a total of twenty-five years after Roper was convicted of three counts of delivering a controlled substance. On appeal, Roper claims that the trial court erred in overrul-

ing his request for counsel at the resentencing hearing. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).